ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| RAJEANNA JENNE BROWN | 3-14CR-276-M |

INFORMATION

The United States Attorney Charges:

Count One
Prostitution Near a Military Establishment
(Violation of 18 U.S.C. § 1384)

On or about February 27, 2014, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Rajeanna Jenne Brown**, did, knowingly engage in prostitution within a reasonable distance of a military training place, namely the Texas National Guard Amory located at 1775 California Crossing Road, Dallas, Texas 75220, which is recognized by the Secretary of the Army to be needful to the efficiency, health and welfare of the Army.

In violation of 18 U.S.C. § 1384.

Information – Page 1

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF TEXAS


_/s/ Cara Foos Pierce_
CARA FOOS PIERCE
Assistant United States Attorney
Texas Bar No. 24036579
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone: (214) 659-8678
Facsimile: (214) 659-8805
Email: cara.pierce@usdoj.gov

Information – Page 2